March 18, 1994
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. No. 93-2193

 ANTHONY M. KOWAL,
 Plaintiff, Appellant,

 v.

 ROBERT B. REICH, ETC.,
 Defendant, Appellee.

 

 ERRATA SHEET

 This opinion of this court issued on February 25, 1994, is
amended as follows:

 Page 2, last line, please change " Loc. R. 26.1" to "Loc R.
27.1."

February 25, 1994 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 93-2193

 ANTHONY M. KOWAL,

 Plaintiff, Appellant,

 v.

 ROBERT B. REICH, ETC.,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Frank H. Freedman, U.S. District Judge]
 

 

 Before

 Breyer, Chief Judge,
 
 Boudin and Stahl, Circuit Judges.
 

 

 Stephen R. Kaplan on brief for appellant.
 
 Donald K. Stern, United States Attorney, and Karen L.
 
Goodwin, Assistant United Stated Attorney, on brief for appellee.
 

 

 

 Per Curiam. The district court decision
 

dismissing this case is affirmed on the grounds that the case

is moot. See Garita Hotel Ltd. v. Ponce Federal Bank, 958
 

F.2d 15, 19 (1st Cir. 1992) (appellate court "has

discretionary authority to affirm a judgment on any

indepenently sufficient ground exemplified in the record.")

Since appellant filed his complaint, the government has

provided all of the relief sought therein. The only

exception is a request for an assurance by the local Office

of Workers' Compensation Programs ("OWCP") that it will "stay

in contact and share further generated documents." Appellant

has failed, however, to state any grounds upon which he would

be entitled to such relief.

 Appellant's contention that the OWCP continues to

adhere to a disability cessation date called into question by

the hearing representative is a matter not within this

court's jurisdiction. See 5 U.S.C. 8128(b); Paluca v.
 

Secretary of Labor, 813 F.2d 524, 528 (1st Cir.), cert.
 

denied, 484 U.S. 943 (1987). The Federal Employees'
 

Compensation Act, 5 U.S.C. 8101 et seq., provides for the
 

appeal of such payment decisions to an OWCP hearing

representative or to the Employees' Compensation Appeals

Board.

 -3-
 

 The district court decision granting the

government's motion to dismiss is summarily affirmed pursuant

to Loc. R. 27.1. 

 -4-